UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW LEE-LEO HILL, *et al.*,

        Plaintiffs,   Case No. 20-cv-13440
           Hon. Matthew F. Leitman
v.

GRETCHEN WHITMER, *et al.,*

        Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this day and the Order entered on January 31, 2022:

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' Complaint is **DISMISSED**.

                KINIKIA ESSIX
                CLERK OF COURT

        By:   s/Holly A. Ryan
                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: January 17, 2023
Detroit, Michigan

1